**Chief Judge**
**S. Thomas Anderson**
+ Judge York

**Case #:** 1:19-CV-1239

Hawkins v. USA