Administrative Hold Balance: $0.00
Available Balance: $8.90
National 6 Months Deposits: $1,545.50
National 6 Months Withdrawals: $1,654.67
Available Funds to be considered for IFRP Payments: $1,095.50
National 6 Months Avg Daily Balance: $60.69
Local Max. Balance - Prev. 30 Days: $141.11
Average Balance - Prev. 30 Days: $26.76

## Commissary History

### Purchases

Validation Period Purchases: $22.05
YTD Purchases: $1,689.75
Last Sales Date: 7/29/2019 7:24:59 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $22.67

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: Yes
Spending Limit: $180.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $180.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
| --- | --- | --- | --- | --- |