HAWKINS, CHRIS
30179-076
UNITED STATES PENITENTIARY
   AT USP BEAUMONT
P.O. BOX 26030
BEAUMONT, TX 77720

NORTH HOUSTON TX 773

02 OCT 2019 PM 8 L

OCT 07 2019

RECEIVED BY

OCT - 8 2019

Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

CLERK OF COURT.
UNITED STATES COURTHOUSE
        WESTERN DISTRICT.
111 S. HIGHLAND AVE. Room 262
Jackson Tn. 38301

38301-610162