---

CHRIS HAWKINS,                                JUDGMENT IN A CIVIL CASE

    Petitioner,

vs.

UNITED STATES OF AMERICA,                     CASE NO: 19-1239-STA-jay

    Respondent.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Denying § 2255 Petition, Denying A Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on February 5, 2020, the Petition is DENIED.**

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 2/5/2020                    THOMAS M. GOULD
                                     Clerk of Court

                                    s/Maurice B. BRYSON

                                    (By)  Deputy Clerk